In the Matter of the Probate of the Will of ELIZA A. FISH, Deceased; MALINDA CROUCH et al., Appellants; MAUD A. B. FISH, as Executrix of HENRY L. FISH, Deceased, Respondent.

*Matter of Fish*, 88 Hun, 56, affirmed.
(Argued June 15, 1897; decided October 5, 1897.)

APPEAL from a judgment of the General Term of the Supreme Court in the fifth judicial department, entered August 2, 1895, which affirmed a decree of the surrogate of Monroe county, refusing to admit to probate the will of Eliza A. Fish, deceased.

*Hannibal Smith* for appellants.

*J. Stuart Page* for respondent.

Judgment affirmed on opinion below, with costs.
All concur, except GRAY, J., absent.

---

EDWARD D. C. McKAY, Appellant, *v.* DONALD McKAY et al., as Survivors, Respondents.

*McKay* v. *McKay*, 89 Hun, 612, affirmed.
(Argued June 15, 1897; decided October 5, 1897.

APPEAL from a judgment of the General Term of the Supreme Court in the first judicial department, entered November 20, 1895, which affirmed a judgment in favor of defendants, entered upon a decision of the court dismissing the complaint upon the merits, on trial at Special Term.

*James A. Dennison* for appellant.

*S. P. Nash* and *John E. Miller* for respondents.

Judgment affirmed on opinion below, with costs.
All concur, except GRAY, J., absent.